# UNITED STATES BANKRUPTCY COURT

Eastern District of Missouri (St. Louis)

In re  Linda Marie Thake                                    Case No.  12-42055
       Debtor                                               Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: 0771

**Date of payment change:** 10/01/2013
Must be at least 21 days after date of this notice

**New total payment:** $827.29
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $272.56            New escrow payment: $290.38

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____            New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____        New mortgage payment: _____

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.     ☐ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Andrew Edwards                                  Date  08/06/2013
AVP BANKRUPTCY SPECIALIST

Print:  Andrew Edwards                                Title  AVP BANKRUPTCY SPECIALIST

Company  Bank of America, N.A.                        Specific Contact Information:
Address  7105 CORPORATE DR                            Phone: 469-201-9555
         PLANO , TX 75024                             Email: andrew.edwards@bankofamerica.com

417021-7ce89ebb-a786-4190-a3da-97fc26fbc4a7

# UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri (St. Louis)

Chapter 13 No. 12-42055

In re:

Judge: Judge Kathy A. Surratt-States

Linda Marie Thake

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on August 06, 2013, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:	Linda Marie Thake
	4058 Humphrey St
	St Louis, MO 63116

Debtor's Attorney:	Ross H. Briggs
	Post Office Box 58628
	St. Louis, MO 63158

Trustee:	John V. LaBarge, Jr
	Chapter 13 Trustee
	P.O. Box 430908
	St. Louis, MO 63143

/s/ Bill Taylor

Authorized Agent

417021-35a9af18-6ef8-4b11-a989-19b49881b124

**Bank of America**
Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Notice Date: 07/17/2013
**Account No.:** ▇▇▇▇▇▇
Property address:
4058 Humphrey St.
Saint Louis, MO 63116

0057351 01 AB 0.381 **AUTO T6 0 0773 63116-3823
MSO L1 AG 074------0--2-9B C0000077 IN 1 P57408
LINDA M THAKE
4058 Humphrey St
Saint Louis MO 63116-3823



### IMPORTANT MESSAGE ABOUT YOUR LOAN

Enclosed is an escrow analysis for your loan. The purpose of this notification is to advise you that the escrow portion of your payment is changing to $290.38 effective October 01, 2013. This notification is for informational purposes only. Your next billing statement will arrive shortly.

### ADDITIONAL INFORMATION

| | |
|---|---|
| Principal balance | $116,549.05 |
| Unapplied funds | $855.90 |

This informational notice is being sent to the following borrowers at address set forth above in reference to the chapter 13 bankruptcy filing: LINDA M THAKE

### WHAT YOU NEED TO DO

Please keep this notification for your records.

### THANK YOU FOR YOUR BUSINESS

For additional information regarding your escrow analysis, or any other account details, call 1.800.669.5224, Monday-Friday 7a.m. - 7p.m. Local Time.



Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2013 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.



0057351 0002093



0057351 0002093



**Bank of America**
**Home Loans**

**Account Number** ▓▓▓▓▓▓
Property address
4058 Humphrey St.

Statement date  3 of 6
07/17/2013

Linda M Thake

## ESCROW ACCOUNT REVIEW

**ESCROW EXPLAINED**

This escrow statement is being sent for **informational purposes only**. It should not be construed as an attempt to collect a debt or to modify the terms of your chapter 13 plan. Note that your chapter 13 bankruptcy plan may provide for the Trustee to pay escrow amounts outstanding on your loan as of the date you filed your bankruptcy case or may otherwise provide for the Trustee to pay amounts due to escrow.

Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when tax or insurance bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment.

**If this is your first escrow statement after filing your chapter 13 bankruptcy,** this escrow account review was performed as of the date that you filed for bankruptcy and your new monthly escrow payment has been calculated in accordance with applicable bankruptcy law. The amount shown in the Summary section below as the New monthly home loan payment is the updated and correct amount due for the month shown. If you previously received a monthly coupon for the same due date, the payment amount below is intended to replace the coupon you previously received, as the coupon was prepared and sent before we had notice of your chapter 13 bankruptcy filing. If you are making your monthly mortgage payments under your chapter 13 plan, please send the New monthly home loan payment amount shown below.

**If this is an annual escrow statement provided during your chapter 13 bankruptcy,** we have prepared this escrow statement to track your escrow obligations during the period when you are making payments under the terms of your chapter 13 plan.

**If you have filed a chapter 13 plan that provides for maintaining your home,** our step-by-step analysis is based on the assumption that you will be making your chapter 13 plan payments, including plan payments to cure amounts due from the period before your bankruptcy filing or otherwise due under your chapter 13 plan. If you are unable to complete your plan payments and your case is dismissed, converted to a chapter 7, or the automatic stay is lifted, then your monthly escrow payment will need to be recalculated to account for the cure amounts still due from the period before your bankruptcy filing or otherwise due under your chapter 13 plan.

*See below for:*
- an in-depth explanation of each step of your escrow analysis
- side-by-side comparison of last year's projected and actual data

**SUMMARY**

| | | |
|---|---|---:|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $258.09 |
| Shortage payment *(see Step 2)* | The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year | $32.29 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $0.00 |
| **New monthly escrow payment** *(see Step 4)* | | **$290.38** |
| **New monthly home loan payment effective 10/2013** *(see Step 4)* | | **$827.29** |

In future escrow analyses, Bank of America, N.A.. reserves the right to assess the amount allowed by federal law for unexpected tax and insurance increases and other costs.

### HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1**  **Determine base amount needed for the year**

| Escrow items | Amount needed | Frequency in months | Monthly amount needed | |
|---|---:|---:|---:|---:|
| Homeowners insurance | $1,246.00 | 12 | $103.83 | |
| City taxes | 1,268.82 | 12 | 105.74 | |
| Monthly PMI | 48.52 | 1 | 48.52 | |
| **Total monthly base payment amount** | | | | **$258.09** |

---

We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

**You can make your payment:**
- By automatic draft payment using PayPlan
- Online at www.bankofamerica.com
- By phone - call 1.800.669.6607
- At any Bank of America Banking Center
- By mail using the enclosed envelope
  - Make your check payable to Bank of America, N.A.
  - Please write your loan number on the check or money order
  - Include this payment coupon with your check (do not staple your check to the coupon)
  - Please do not send cash or include correspondence

Loan Number ▓▓▓▓▓▓   (1)
Linda M Thake
4058 Humphrey St.
Saint Louis, MO 63116

0773

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

Escrow shortage due: **Oct 1, 2013**   $1,549.92

N/A

N/A

Total amount enclosed

0057351 0002094

**STEP 2**  **Determine lowest projected balance**

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MIP/PMI payment(s) | Balance |
|---|---|---|---|---|---|
| Post-Petition Beginning balance | | | | | $336.19 |
| October 2013 | 258.09 | | | 48.52 | 545.76 |
| November 2013 | 258.09 | 1,268.82 | | 48.52 | -513.49 |
| December 2013 | 258.09 | | 1,246.00 | 48.52 | -1,549.92 * |
| January 2014 | 258.09 | | | 48.52 | -1,340.35 |
| February 2014 | 258.09 | | | 48.52 | -1,130.78 |
| March 2014 | 258.09 | | | 48.52 | -921.21 |
| April 2014 | 258.09 | | | 48.52 | -711.64 |
| May 2014 | 258.09 | | | 48.52 | -502.07 |
| June 2014 | 258.09 | | | 48.52 | -292.50 |
| July 2014 | 258.09 | | | 48.52 | -82.93 |
| August 2014 | 258.09 | | | 48.52 | 126.64 |
| September 2014 | 258.09 | | | 48.52 | 336.21 |
| Post-Petition Ending balance | | | | | $336.21 |
| *Lowest projected balance | | | | | -$1,549.92 |
| Shortage payment amount | | | | | $32.29 |

The Post-Petition Beginning and Ending balances above are projected balances, which assume that all payments due under your chapter 13 bankruptcy plan will be made, including your regularly scheduled mortgage payments due after the bankruptcy filing and all plan payments to cure amounts due from the period before your bankruptcy filing or otherwise due under your chapter 13 plan.

You, of course, have the option to pay your anticipated shortage in full. *(See Step 4 for more information.)*

**STEP 3**  **Determine reserve requirement**

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | |
|---|---|
| Lowest projected balance (*see step 2 above*) | -$1,549.92 |
| Total reserve requirement (00.0% of the base amount) * | .00 |
| Additional amounts required | .00 |
| **Monthly reserve requirement ($0.00 divided by 48)** | **$0.00** |
| Potential overage | $0.00 |

* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes Private Mortgage Insurance (PMI) or MIP amounts.

**STEP 4**  **Determine monthly payments**

**Calculation of monthly escrow payments**

| | |
|---|---|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $258.09 |
| Shortage payment *(see Step 2)* | 32.29 |
| Reserve requirement *(see Step 3)* | .00 |
| **Total monthly escrow payment** | **$290.38** |

**Calculation of monthly home loan payment**

| | |
|---|---|
| Principal and/or interest | $536.91 |
| Total monthly escrow payment | 290.38 |

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2013 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.



0057351 0002094


**Bank of America**
**Home Loans**

**STEP 4**  **Determine monthly payments - continued**
**Total monthly home loan payment effective 10/2013**                                                                              **$827.29**
If you choose to pay your shortage in full, your payment will be reduced by the shortage amount of $32.29, leaving you with a payment of $795.00.

**LAST YEAR IN REVIEW**

| Current analysis compared to previous | | Monthly | |
|---|---|---|---|
| Amount needed for taxes and insurance | | Last analysis | This analysis |
| Homeowners insurance | | $96.75 | $103.83 |
| City taxes | | 101.73 | 105.74 |
| Monthly PMI | | 48.52 | 48.52 |
| Total base escrow payment | | $247.00 | $258.09 |
| Shortage payment | | 18.97 | 32.29 |
| Reserve requirement | | 6.59 | .00 |
| Rounding amount | | .00 | .00 |
| **Monthly escrow payment** | | **$272.56** | **$290.38** |
| Principal and/or interest | | $670.29 | $536.91 |
| Monthly escrow payment | | 272.56 | 290.38 |
| **Total payment amount** | | **$942.85** | **$827.29** |

**Summary of escrow change**
As shown, your base escrow amount increased. Your reserve percentage decreased. Your reserve payment decreased. The result of these factors caused your total escrow payment to increase. Additionally, you were left with a(n) shortage.
A side-by-side comparison of last year's projected escrow account activity and actual activity can be found below.

**Last year's escrow payments**
**If you have recently filed a chapter 13 bankruptcy**, then we have provided below a side-by-side comparison of your prior projected escrow account activity to the actual account activity.
**If this is an annual escrow statement provided during your chapter 13 bankruptcy**, then the projected escrow account activity below was performed in accordance with the terms of your chapter 13 plan. At the same time, we also maintained a separate accounting that reflected your escrow account activity as would be provided under the terms of your loan documents outside of bankruptcy (shown below under the heading "Actual"). The Actual escrow activity includes both the receipt of your regular monthly mortgage payments to escrow and any cure payments made under the terms of your chapter 13 plan for escrow amounts due from the period before your bankruptcy filing or otherwise due under your chapter 13 plan. Below is the side-by-side comparison of the plan projected activity to the actual activity for last year. Upon the completion of your chapter 13 plan, if all payments due under the chapter 13 plan are received and taxes and insurance were paid in the amounts anticipated then the projected and actual ending balances should match. If you are unable to complete your chapter 13 plan payments and your case is dismissed, converted to a chapter 7, or the automatic stay is lifted, then the actual accounting shown below will be used in performing your next escrow analysis.

| **Projected** | | | | | **Actual** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Activity | Paid In | Paid Out | Balance | Date | Activity | Paid In | Paid Out | Balance |
| | Beginning balance | | | $1,397.53 | | Beginning balance | | | $162.53 |
| | Esc/Refund | -749.40 | | 648.13 | 10/10/2012 | PMI payment | | 48.52 | 114.01 |
| 10/01/2012 | Oct Payment | 272.56 | | 920.69 | 10/15/2012 | May Payment | 247.00 | | 361.01 |
| 10/02/2012 | Monthly PMI | | 48.52 | 872.17 | 11/02/2012 | City tax pmt | | 1,268.82 | -907.81 |
| 11/01/2012 | Nov Payment | 272.56 | | 1,144.73 | 11/15/2012 | Jun Payment | 247.00 | | -660.81 |
| 11/02/2012 | Monthly PMI | | 48.52 | 1,096.21 | 11/16/2012 | PMI payment | | 48.52 | -709.33 |
| 11/02/2012 | City taxes | | 1,220.76 | -124.55 | 11/19/2012 | Homeowners ins pmt | | 1,246.00 | -1,955.33 |
| 12/01/2012 | Dec Payment | 272.56 | | 148.01 | 12/11/2012 | PMI payment | | 48.52 | -2,003.85 |
| 12/02/2012 | Homeowners insurance | | 1,161.00 | -1,012.99 | 12/21/2012 | Jul Payment | 247.00 | | -1,756.85 |
| 12/02/2012 | Monthly PMI | | 48.52 | -1,061.51 * | 01/11/2013 | PMI payment | | 48.52 | -1,805.37 |
| 01/01/2013 | Jan Payment | 272.56 | | -788.95 | 01/18/2013 | Aug Payment | 247.00 | | -1,558.37 |
| 01/02/2013 | Monthly PMI | | 48.52 | -837.47 | 02/08/2013 | PMI payment | | 48.52 | -1,606.89 |
| 02/01/2013 | Feb Payment | 272.56 | | -564.91 | 02/21/2013 | Sep Payment | 247.00 | | -1,359.89 |
| 02/02/2013 | Monthly PMI | | 48.52 | -613.43 | 03/11/2013 | PMI payment | | 48.52 | -1,408.41 |
| 03/01/2013 | Mar Payment | 272.56 | | -340.87 | 03/25/2013 | Oct Payment | 272.56 | | -1,135.85 |
| 03/02/2013 | Monthly PMI | | 48.52 | -389.39 | 04/10/2013 | PMI payment | | 48.52 | -1,184.37 |
| 04/01/2013 | Apr Payment | 272.56 | | -116.83 | 04/25/2013 | Nov Payment | 272.56 | | -911.81 |
| 04/02/2013 | Monthly PMI | | 48.52 | -165.35 | 04/29/2013 | Payment reversal | -272.56 | | -1,184.37 |
| 05/01/2013 | May Payment | 272.56 | | 107.21 | 04/29/2013 | Payment reversal | -272.56 | | -1,456.93 |
| 05/02/2013 | Monthly PMI | | 48.52 | 58.69 | 04/29/2013 | Payment reversal | -247.00 | | -1,703.93 |
| 06/01/2013 | Jun Payment | 272.56 | | 331.25 | 04/29/2013 | Payment reversal | -247.00 | | -1,950.93 |
| 06/02/2013 | Monthly PMI | | 48.52 | 282.73 | 04/29/2013 | Payment reversal | -247.00 | | -2,197.93 |
| 07/01/2013 | Jul Payment | 272.56 | | 555.29 | 04/29/2013 | Payment reversal | -247.00 | | -2,444.93 |
| 07/02/2013 | Monthly PMI | | 48.52 | 506.77 | 04/29/2013 | Payment reversal | -247.00 | | -2,691.93 * |
| 08/01/2013 | Aug Payment | 272.56 | | 779.33 | 04/30/2013 | Oct Payment | 272.56 | | -2,419.37 |
| 08/02/2013 | Monthly PMI | | 48.52 | 730.81 | 04/30/2013 | Nov Payment | 272.56 | | -2,146.81 |
| 09/01/2013 | Sep Payment | 272.56 | | 1,003.37 | 04/30/2013 | Dec Payment | 272.56 | | -1,874.25 |
| 09/02/2013 | Monthly PMI | | 48.52 | 954.85 | 04/30/2013 | Jan Payment | 272.56 | | -1,601.69 |
| 10/01/2013 | Oct Payment | 272.56 | | 1,227.41 | 04/30/2013 | Feb Payment | 272.56 | | -1,329.13 |
| 10/02/2013 | Monthly PMI | | 48.52 | 1,178.89 | 04/30/2013 | Mar Payment | 272.56 | | -1,056.57 |
| | **Ending balance** | | | **$1,178.89** | 04/30/2013 | Apr Payment | 272.56 | | -784.01 |
| | | | | | 05/02/2013 | Payment reversal | -272.56 | | -1,056.57 |
| | | | | | 05/02/2013 | Payment reversal | -272.56 | | -1,329.13 |
| | | | | | 05/02/2013 | Payment reversal | -272.56 | | -1,601.69 |
| | | | | | 05/02/2013 | Payment reversal | -272.56 | | -1,874.25 |

0057351 0002095

**Last year's escrow payments - cont.**

| Projected | | | | | Actual | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Activity | Paid In | Paid Out | Balance | Date | Activity | Paid In | Paid Out | Balance |
| | | | | | 05/02/2013 | Payment reversal | -272.56 | | -2,146.81 |
| | | | | | 05/02/2013 | Payment reversal | -272.56 | | -2,419.37 |
| | | | | | 05/02/2013 | Payment reversal | -272.56 | | -2,691.93 * |
| | | | | | 05/03/2013 | Oct Payment | 272.56 | | -2,419.37 |
| | | | | | 05/03/2013 | Nov Payment | 272.56 | | -2,146.81 |
| | | | | | 05/03/2013 | Dec Payment | 272.56 | | -1,874.25 |
| | | | | | 05/03/2013 | Jan Payment | 272.56 | | -1,601.69 |
| | | | | | 05/03/2013 | Feb Payment | 272.56 | | -1,329.13 |
| | | | | | 05/03/2013 | Mar Payment | 272.56 | | -1,056.57 |
| | | | | | 05/03/2013 | Apr Payment | 272.56 | | -784.01 |
| | | | | | 05/14/2013 | PMI payment | | 48.52 | -832.53 |
| | | | | | 05/28/2013 | May Payment | 272.56 | | -559.97 |
| | | | | | 06/12/2013 | Jun Payment | 272.56 | | -287.41 |
| | | | | | 06/12/2013 | PMI payment | | 48.52 | -335.93 |
| | | | | | 07/11/2013 | PMI payment | | 48.52 | -384.45 |
| | | | | | 07/17/2013 | Jul Payment | 272.56 | | -111.89 P |
| | | | | | 07/17/2013 | Aug Payment | 272.56 | | 160.67 P |
| | | | | | 08/01/2013 | Monthly PMI | | 48.52 | 112.15 P |
| | | | | | 09/02/2013 | Monthly PMI | | 48.52 | 63.63 P |
| | | | | | | **Ending balance** | | | **$63.63** |

\* Lowest projected balance

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

In performing the projection above, Bank of America, N.A. assumed that all regularly scheduled mortgage payments would be made that were due prior to the projection period.



0057351 0002095